# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JOHN LEE MORRIS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:10CV130 |
| | ) | |
| THE PEOPLE OF THE UNITED STATES, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## O-R-D-E-R

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on November 15, 2010, was served on the parties in this action. Plaintiff filed a motion to strike [Docket No. 95] which will be construed as objections to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's dispositive motions [Docket Nos. 70 and 77] are **DENIED**, that the motions to dismiss filed by Defendants [Docket Nos. 4 and

44] are **GRANTED**, and that this action is dismissed with prejudice. A Judgment dismissing this action will be entered contemporaneously with this Order.

_____
United States District Judge

Date: January 14, 2011